```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-44118 EDJ |
| **DONNA MARIE STEPANEK,** | Chapter 13 |
|          **Debtor.** | **NOTICE OF HEARING ON MOTION TO ALLOW HARDSHIP DISCHARGE OF CHAPTER 13 DEBTOR** |
| | DATE: June 30, 2011<br>TIME: 3:30 PM<br>ROOM: 215<br>1300 CLAY STREET, 2nd FLOOR |
| _____/ | OAKLAND, CA |

    TO ALL INTERESTED PARTIES:

    PLEASE TAKE NOTICE that at 3:30 pm on June 30, 2011, or as soon thereafter as the matter may be heard, in courtroom 215, in the United States Bankruptcy Court for the Northern District of California, located at 1300 Clay Street, Oakland, California, the court shall hear Debtor's Motion to Allow Hardship Discharge.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for

Case: 10-44118   Doc# 25   Filed: 05/25/11   Entered: 05/25/11 16:27:48   Page 1 of 2

hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

 (ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

 (iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

 (iv) That the hearing date is set for February 15, 2011.

Dated: May 25, 2011

       /s/ Patrick L. Forte
       PATRICK L. FORTE
       Attorney for Debtor