```
 1  PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-44118 EDJ** |
| **DONNA MARIE STEPANEK,** | **Chapter 13** |
|       **Debtors.** | **CERTIFICATE OF SERVICE** |
| _____/ | |

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

    On May 25, 2011 I served the within;

**NOTICE OF HEARING ON MOTION TO ALLOW HARDSHIP DISCHARGE OF CHAPTER 13 DEBTOR**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee**        **U. S. Trustee**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 25, 2011     /s/ Joe P. Segura
                                    JOE P. SEGURA